Inc., Respondent. ▮— Motion for leave to appeal to the Court of Appeals granted. There is a question of law involved which should be reviewed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Tillie Fireman, Respondent, v. Mannis Bernstein and Others, Appellants. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Bernard S. Forman and Benjamin Marill, Appellants, v. Dell Holding Corporation and Joseph Moss, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

John F. Gabriel, Doing Business under the Name and Style of Niederstein's Restaurant, Appellant, v. Niederstein's Restaurant, Inc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Hazel I. Gast, Respondent, v. Charles F. Vollmer and Another, Appellants. — Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Oscar Gast, Respondent, v. Charles F. Vollmer and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

John A. Grant, Respondent, v. Isle Theatrical Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Irene Greene, Appellant, v. Jacob Philips, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

John J. Halleran and Laurence B. Halleran, Copartners, Doing Business under the Firm Name and Style of Halleran Agency, Respondents, v. Joseph P. Day and Joseph P. Day, Incorporated, Appellants.— Motion for reargument of motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Annie Harris, Respondent, v. New York Rapid Transit Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Harry Harris, Respondent, v. New York Rapid Transit Corporation,